IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL BRENT MEASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  Case No. CIV-21-50-F |
| | ) |
| ROBERT EARL SEELY; AIM TRANSPORTATION SERVICES, L.L.C.; TIMMATHY SHAWN MILLER; TYLER JOSEPH MANUEL; and METRO COURIER, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The court is in receipt of Plaintiff's Supplement to His Motion for Leave of Court to File an Amended Complaint, filed March 5, 2021. Doc. no. 8.

Upon review, the court finds the supplement fails to provide the information requested by the court in its March 2, 2021 order. The order directed plaintiff to file a written supplement to its motion, "identifying the state of incorporation for Ryder Truck Rental, Inc., and if the state of incorporation is not diverse from plaintiff's state of citizenship, providing argument and authority as to whether Ryder Truck Rental, Inc. was indispensable at the time this action was commenced under the standards of Rule 19, Fed. R. Civ. P." Doc. no. 7, p. 2.

Plaintiff's supplement does not identify the state of incorporation for Ryder Truck Rental, Inc. It only states that "[u]pon information and belief, Defendant, Ryder Truck Rental, Inc. [] is a citizen of the State of Florida. It is a national freight company that has its principal place of business in Florida." Doc. no. 8, p. 1. That

is the same information plaintiff provided in the proposed Second Amended Complaint, which the court found to be deficient. For purposes of diversity jurisdiction, a corporation is deemed to be a citizen of *both* the state by "which it has been incorporated" and the state "where it has its principal place of business."  28 U.S.C. § 1332(c)(1).

Accordingly, plaintiff is **DIRECTED** to file, within five business days, a second written supplement to his Motion for Leave of Court to File an Amended Complaint, identifying the state of incorporation for Ryder Truck Rental, Inc. If the state of incorporation for the corporation is not diverse from plaintiff's state of citizenship, plaintiff shall provide argument and authority as to whether Ryder Truck Rental, Inc. was indispensable at the time this action was commenced under the standards of Rule 19, Fed. R. Civ. P.

IT IS SO ORDERED this 8th day of March, 2021.

*[signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0050p003.docx